BARRON, E▮▮▮ (id #4265, dob: ▮▮▮/2007)

## Facesheet

### Demographics

| | |
|---|---|
| Patient Name | BARRON, E▮▮▮ |
| Sex | F |
| DOB | ▮▮▮/2007 |
| Address | ▮▮▮▮▮ |
| City/State/Zip | ▮▮▮▮▮ |
| Home Phone | ▮▮▮▮▮ |
| Insurance | Med Primary: MERITAIN HEALTH - AETNA (POS II)<br>    Insurance # : MM671746592<br>    Policy/Group # : TD052<br>Prescription: check now |
| Default Pharmacy | WALMART PHARMACY 2803 (ERX)<br>2200 WEST DANFORTH ROAD<br>EDMOND<br>OK 73003<br>Ph (405) 216-0525<br>Fax (405) 216-0534 |
| Preferred Imaging Facility | HPI CENTRAL IMAGING SCHEDULING<br>9800 BROADWAY EXT<br>OKLAHOMA CITY<br>Ph (405) 419-2988<br>Fax (405) 605-2661 |
| Portal Registration | Portal declined 12/27/2018-- does not want to provide an email. |

### Height / Weight / BMI / BP

Height          4 ft 6.5 in  12/27/2018
Weight          80.6 lbs  12/27/2018
BMI             19.1  12/27/2018
Blood Pressure 109 / 72  12/27/2018

### Problems
None recorded.

### Surgical History
Patient indicated no previous surgeries on (07/27/2018)

### Medications

**Bactrim**                              07/27/18   entered

### Vaccines
None recorded.

### Allergies / Adverse Reactions
NKDA

### Past Medical History

| | | | |
|---|---|---|---|
| AIDS/HIV | N | High Cholesterol | N |
| Anemia | N | Hypertension | N |
| Anxiety/Depression | N | Kidney Disease | N |
| Arthritis | N | Liver Disease | N |
| Asthma | N | Orthotics | N |
| Bleeding Disorder | N | Osteoporosis | N |

**BARRON - 00004**

**BARRON, E█████ (id #4265, dob: ███/2007)**

| | | | |
|---|---|---|---|
| Blood Clot | N | Pacemaker | N |
| Blood Transfusion | N | Peripheral Vascular Disease | N |
| COPD | N | Pulmonary Embolism | N |
| Cancer | N | Rheumatoid Arthritis | N |
| Coronary Artery Disease | N | Seizures/Epilepsy | N |
| Diabetes | N | Stroke | N |
| Gout | N | Thyroid Problems | N |
| Heart Attack (MI) | N | Tuberculosis | N |
| Heart Problems | N | Ulcers | N |
| Hepatitis | N | | |

**Social History**
**Orthopedic Surgery**
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 12/27/2018
Are you currently employed?: N
Occupation: Other
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Chewing tobacco: none
Alcohol intake: None
Caffeine intake: None
Illicit drugs: No history of opioid use/abuse
Diet: Regular
Exercise level: Heavy
General stress level: Low
Sporting activities: tumbling, cheer, gymnastics
Hand Dominance: Right
Work related injury?: N
Auto related injury?: N
If injured, is litigation ongoing?: N
Is blood transfusion acceptable in an emergency?: Y
Advance directive: N

**Family History**
None recorded.

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 12/27/2018**
Patient

| | | | |
|---|---|---|---|
| Name | BARRON, E████ (11yo, F) ID# 4265 | Appt. Date/Time | 12/27/2018 10:30AM |
| DOB | ████2007 | Service Dept. | Main Office |
| Provider | BRENT K. HOLLIMAN, PA | | |
| Insurance | Med Primary: MERITAIN HEALTH - AETNA (POS II) | | |
| | Insurance # : MM671746592 | | |
| | Policy/Group # : TD052 | | |
| | Prescription: SURESCRI... | | |

BARRON - 00005

**BARRON, E█** (id #4265, dob: █/2007)
coverage and all member demographic information. details

### Chief Complaint

Left hip pain

### Patient's Pharmacies

**WALMART PHARMACY 2803 (ERX): 2200 WEST DANFORTH ROAD, EDMOND OK 73003, Ph (405) 216-0525, Fax (405) 216-0534**

### Vitals

|  |  |  |
|---|---|---|
| **Ht:** 4 ft 6.5 in Stated (19th %ile) 12/27/2018 10:37 am | **Wt:** 80.6 lbs Stated (43rd %ile) 12/27/2018 10:37 am | **BMI:** 19.1 (71st %ile: Age and sex) 12/27/2018 10:37 am |
| **BP:** 109/72 sitting L arm (74th % / 85th %) 12/27/2018 10:37 am | **Pulse:** 91 bpm regular 12/27/2018 10:38 am | **O2Sat:** 96% Room Air at Rest 12/27/2018 10:38 am |
| **T:** 98 F° temporal artery 12/27/2018 10:38 am |  |  |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**Bactrim**                    07/27/18  entered

### Vaccines

None recorded.

### Problems

Reviewed Problems

### Family History            /

Reviewed Family History

### Social History

Reviewed Social History
**Orthopedic Surgery**
Smoking Status: Never smoker
Are you currently employed?: N
Occupation: Other
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Non-smoker
Chewing tobacco: none
Alcohol intake: None
Caffeine intake: None
Illicit drugs: No history of opioid use/abuse
Diet: Regular
Exercise level: Heavy
General stress level: Low
Sporting activities: tumbling, cheer, gymnastics
Hand Dominance: Right
Work related injury?: N
Auto related injury?: N
If injured, is litigation ongoing?: N
Is blood transfusion acceptable in an emergency?: Y
Advance directive: N

### Surgical History

Reviewed Surgical History
Patient indicated no previous surgeries on (07/27/2018)

### Past Medical History

**BARRON - 00006**

BARRON, E███ (id #4265, dob: ███/2007)

Reviewed Past Medical History

## HPI

**Hip(s)**

Reported by patient.

Location: left
Quality: stabbing; throbbing; sharp
Severity: severe
Duration: continuous since onset
Timing: acute
Context: sports injury
Alleviating Factors: rest; limited weight bearing
Aggravating Factors: standing; walking
Associated Symptoms: no numbness; no tingling; no redness; no warmth; no ecchymosis; no buckling; no radiation down leg; no drainage; no fever; no chills; no weight loss; no change in bowel/bladder habits; **weakness; swelling; catching/locking; popping/clicking; grinding; instability**
Previous Surgery: none
Prior Imaging: none
Previous Injections: none
Previous PT: none
Work Related: no
Working: regular duty

E███ is a 11 y/o NC of Left Hip pain. Mother reports that the injury occurred approximately November 5th, 2018. She states that while tumbling at cheerleading practice, she landed hard on her left hip. She noted severe pain and was able to bear only minimal weight through the left lower extremity. Patient reports since the injury she has had pain with ambulating and has noticed internal rotation of her leg. She has increased pain with range of motion, and no external rotation. No previous complaints and no history of congenital hip issues. Mother reports that she and E███ both have hypermobile hip joints but neither have ever experienced significant injury or pain with regard to hips.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and swelling in the extremities** but reports no back pain. She reports no fever, no night sweats, no significant weight gain, and no significant weight loss. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, and no shortness of breath. She reports no rashes. She reports no fatigue. She reports no swollen glands and no excessive bleeding.

## Physical Exam

Patient is an 11-year-old female.

**Constitutional:** General Appearance: healthy-appearing, NAD, and normal body habitus.

**Psychiatric:** Orientation: oriented to time, place, and person.

**Hip/Pelvis Appearance:** Inspection: normal axial alignment and pelvis level.

**Hips:** Bony Palpation Left: no tenderness of the iliac crest, the ASIS, the pubic tubercle, the sciatic notch, the ischial tuberosity, or the SI joint and **tenderness of the greater trochanter.** Soft Tissue Palpation Left: no tenderness of the biceps femoris muscle, the semitendinous muscle, or the semimembranous muscle and **tenderness of the hip flexor muscles, the hip adductor muscles, and the piriformis.** Active Range of Motion Left: **limited; Internal rotation noted at rest and painful with external rotation** Passive Range of Motion Left: **limited** and **pain elicited by motion (Internal and External rotation).** Special Tests Left: **All movement is painful.**. Strength Left: **flexion 1/5, extension 1/5, adduction 1/5,** and **abduction 1/5.**

**Skin:** Left Lower Extremity: normal.

**Neurologic:** Coordination: heel-to-shin normal.

## Assessment / Plan

**1. Pain of left hip joint**
M25.552: Pain in left hip
- MRI, HIP, W/O CONTRAST
  Side:
  LEFT

**2. Avascular necrosis of the capital femoral epiphysis-** Left
M87.859: Other osteonecrosis, unspecified femur
- PEDIATRIC ORTHOPEDIC REFERRAL -    Schedule Within: provider's discretion

**Patient Instructions**

BARRON - 00007

BARRON, E█████ (id #4265, dob: █████/2007)

RTC prn or if symptoms persist or continue, we will order an MRI to rule out meniscal or other interarticular pathology.

Will refer to Dr. Gregory for eval and treatment.

Discussed at length with mother the seriousness of her issue given the injury occurred in November. She informed me that they do not have insurance (only catastrophic policy) so they try to limit clinic visits as much as possible.

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Brent K. Holliman, PA, 12/27/2018.

Encounter performed and documented by Brent K. Holliman, PA
Encounter Date: 07/27/2018 by Brent K. Holliman, PA on 12/27/2018 at 11:54am

Patient

| | | | |
|---|---|---|---|
| **Name** | BARRON, E█████ (10yo, F) ID# 4265 | **Appt. Date/Time** | 07/27/2018 01:30PM |
| **DOB** | 11/06/2007 | **Service Dept.** | Main Office |
| **Provider** | BRENT K. HOLLIMAN, PA | | |
| **Insurance** | Med Primary: MERITAIN HEALTH - AETNA (POS II)<br>Insurance # : MM671746592<br>Policy/Group # : TD052<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint
Left elbow injury

Patient's Pharmacies
**WALMART PHARMACY 2803 (ERX): 2200 WEST DANFORTH ROAD, EDMOND OK 73003, Ph (405) 216-0525, Fax (405) 216-0534**

Vitals

**Ht:** 4 ft 6.5 in (30th %)
07/27/2018 01:32 pm

**Wt:** 80.6 lbs (53rd %)
07/27/2018 01:32 pm

**BMI:** 19.1 (74th %)
07/27/2018 01:32 pm

**BP:** 100/65 sitting L arm
(46th % / 68th %)
07/27/2018 01:32 pm

**Pulse:** 85 bpm 07/27/2018
01:32 pm

**O2Sat:** 99% Room Air at
Rest 07/27/2018 01:33
pm

**T:** 98.1 F° temporal
artery 07/27/2018
01:33 pm

Allergies
Reviewed Allergies
NKDA

Medications
Reviewed Medications

**Bactrim** 07/27/18 entered

Vaccines
None recorded.

Problems
Reviewed Problems

Family History
Reviewed Family History

Social History
Reviewed Social History
Orthopedic Surgery

**BARRON - 00008**