<u>AFFIDAVIT</u>

**STATE OF WISCONSIN** )
                         ) SS
**COUNTY OF WINNEBAGO** )

I, Rebecca Freeman, after being duly sworn, do affirm and state as follows:

1.  I am a claims consultant with Thrivent working with complex disability income, long term care, and Medicare supplement claims.

2.  I have more than twenty-five (25) years experience in insurance claims as an individual adjuster and manager.

3.  I have not been deposed or testified at trial within the last four (4) years.

4.  In rendering the opinions set forth in my Expert Report in this matter, I am predominantly relying on my extensive experience and training in insurance claims, as well as the materials set forth in my report.

5.  My professional certifications, affiliations, training, and experience are listed in detail in the CV provided and attached to the Expert Report.

FURTHER AFFIANT SAYETH NOT.

_____
REBECCA FREEMAN

Subscribed and sworn to before me this _06TH_ day of _NOVEMBER_, 2020.

_____
Notary Public

My Commission Expires: 03|03|2024

[Seal]