IN THE UNITED STATES DISTICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIELLE BARRON, Individually, and as Parent and Legal Guardian of E.B., a Minor Child,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL HEALTH INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 5:19-cv-591 SLP<br>)<br>)<br>)<br>)<br>)<br>) |



\* \* \* \* \* \*

VIDEOCONFERENCE DEPOSITION OF STACEE BETH JOHNS

TAKEN ON BEHALF OF THE PLAINTIFF

IN PLYMOUTH, MINNESOTA

ON OCTOBER 9, 2020

BEGINNING AT 9:34 a.m.

\* \* \* \* \* \*

REPORTED BY:   LESLIE S. JOHNSTON, CSR

INSTASCRIPT, LLC
125 PARK AVENUE, LL
OKLAHOMA CITY, OKLAHOMA 73102
schedule@instascript.net
Phone:(405)605-6880 Fax:(405)605-6881

```
 1   adjudicating claims under short-term medical policies?
 2         A     That would be one of the -- one of the codes
 3   that would be reviewed.  The entire claim's reviewed,
 4   including all of the codes.
 5         Q     That's standard in the industry for
 6   adjudicating these types of claims under these types of
 7   policies?
 8         A     Correct.
 9         Q     There were a number of questions, ma'am, about
10   preexisting conditions and denial.
11               These claims, or the claims associated with
12   Emma Barron's surgery, they were not denied for a
13   preexisting condition; correct?
14         A     Correct.
15         Q     The determination of whether or not she had a
16   preexisting condition was not finalized; is that correct?
17         A     Correct.
18         Q     And at least, in part, the reason it was not
19   finalized is because at least one medical provider refused
20   to provide records; correct?
21         A     Correct.
22         Q     And as you sit here today, does Meritain have
23   any information about that particular provider as to
24   whether or not her records would show a preexisting
25   condition?
```

```
 1       A    In the absence of the records, I don't have
 2   knowledge whether it would or not.
 3       Q    Okay.  So just because the claim wasn't denied
 4   for preexisting condition, that doesn't necessarily mean
 5   that the condition wasn't preexisting, does it?
 6       A    No, it doesn't.
 7       Q    Do you agree that the medical records that
 8   have been shown to you and the ones you reviewed and the
 9   diagnosis provided by the doctors don't support that this
10   was an acute injury?  Do you agree with that?
11            MR. HOUSEL:  Object to form of the question.
12       A    Yes.
13       Q    (By Mr. Teague) The medical records that
14   Meritain was attempting to collect, those were being
15   collected for the purpose of a preexisting review; is that
16   accurate?
17       A    Yes.
18       Q    They weren't being collected as part of an
19   appeal of the denial of Emma's claims; correct?
20       A    Correct.
21            MR. TEAGUE:  Madame Court Reporter, could you
22   pull up M-06461, please.
23       Q    (By Mr. Teague) If we're looking at this
24   record -- have you seen this record?  It's an operative
25   report from the OU Medical Center, date of service 2/6/19
```