IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIELLE BARRON, individually and as parent and legal guardian of E.B., a minor child,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL HEALTH INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-19-591-SLP<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

This case is currently set on the Court's February 9, 2021 trial docket. *See* Third Am. Scheduling Order [Doc. No. 58]. Pursuant to the most recent General Order entered in this judicial district, *In re: Suspension of Jury Trials and First Grand Jury Session in February 2021* (G.O. 21-1), no jury trials have been or will be conducted through February 2021 due to the COVID-19 pandemic. Accordingly, the Court finds it necessary to strike the trial of this case.

IT IS THEREFORE ORDERED that this case is STRICKEN from the February 9, 2021 trial docket to be reset at a later date.

IT IS SO ORDERED this 11th day of January, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE