## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: July 8, 2021

| | |
|---|---|
| DANIELLE BARRON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-19-591-SLP |
| ) | |
| NATIONAL HEALTH INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ENTER ORDER**:

The Friendly Suit scheduled in this matter for July 9, 2021 at 10:00 a.m., is STRICKEN to be reset at a later date.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**

By:  *s/Marcia J. Davis*
       Deputy Clerk