## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: July 15, 2021

| | |
|---|---|
| DANIELLE BARRON, Individually and as Parent and legal guardian of E.B., a minor child, )<br><br>Plaintiff, )<br><br>v. )<br><br>NATIONAL HEALTH INSURANCE COMPANY, )<br><br>Defendant. ) | Case No. CIV-19-591-SLP |

**ENTER ORDER**:

The Friendly Suit scheduled in this matter for July 19, 2021 at 10:00 a.m., is rescheduled to July 22, 2021 at 2:00 p.m., in Courtroom 304.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**

By:  *s/Marcia J. Davis*
     Deputy Clerk