## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: July 23, 2021

| | |
|---|---|
| DANIELLE BARRON, Individually and as Parent and legal guardian of E.B., a minor child, ) ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-591-SLP |
| ) | |
| NATIONAL HEALTH INSURANCE COMPANY, ) ) | |
| ) | |
| Defendant. ) | |

**ENTER ORDER**:

The Friendly Suit previously scheduled in this matter for July 22, 2021, has been rescheduled for August 12, 2021 at 11:00 a.m., in Courtroom 304.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.

**Carmelita Reeder Shinn, Clerk of Court
Western District of Oklahoma**

By:     *s/Marcia J. Davis*
          Deputy Clerk